858

No. 1184.  HAIGES *v.* RAGEN, WARDEN; and

No. 1202.  SWOLLEY *v.* RAGEN, WARDEN.  May 7, 1945. Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 1141.  FUHS *v.* ILLINOIS.  May 7, 1945.  Petition for writ of certiorari to the Supreme Court of Illinois denied.  The motion for leave to file petition for writ of habeas corpus is also denied.

No. 1218.  DOSS *v.* LINDSLEY, SHERIFF.  See *ante,* p. 835.

No. 1126.  COX *v.* UNITED STATES; and

No. 1127.  RAMBO *v.* UNITED STATES.  May 21, 1945. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Mr. Asa S. Chapman* for petitioners.  *Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States. Reported below: 147 F. 2d 587.

No. 1128.  UNITED STATES EX REL. DOSS *v.* LINDSLEY, SHERIFF.  May 21, 1945.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Mr. Richard E. Westbrooks* for petitioner.

No. 1143.  JESKOWITZ *v.* CARTER, TRUSTEE IN BANK-RUPTCY.  May 21, 1945.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Archibald Palmer* for petitioner.  *Mr. Joseph Glass* for respondent.